**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02505-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

ARQUEZ D. ROBINSON,

        Plaintiff,

v.

[NO DEFENDANTS NAMED],

        Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

        Plaintiff has submitted *pro se* a letter to the court complaining about the

conditions of his confinement and seeking assistance with respect to the conditions of

his confinement.  Because it appears that Plaintiff may be seeking judicial relief, this

civil action has been commenced.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the document is deficient as

described in this order.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims.  If Plaintiff does not wish to pursue a civil action in this court, he

should advise the court of that fact and the instant action will be dismissed.  Any papers

that Plaintiff files in response to this order must include the civil action number on this

order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>xx</u>     is not submitted
(2)   <u>__</u>     is missing affidavit
(3)   <u>xx</u>     is missing certified copy of prisoner's trust fund statement for the 6-month

            period immediately preceding this filing

(4)   __     is missing certificate showing current balance in prison account

(5)   __     is missing required financial information

(6)   __     is missing an original signature by the prisoner

(7)   __     is not on proper form (must use the court's current form)

(8)   __     names in caption do not match names in caption of complaint, petition or habeas application

(9)   xx     other: <u>motion is necessary only if entire $350.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:

(10)   xx     is not submitted

(11)   __     is not on proper form (must use the court's current Prisoner form)

(12)   __     is missing an original signature by the prisoner

(13)   __     is missing page nos. ___

(14)   __     uses et al. instead of listing all parties in caption

(15)   __     names in caption do not match names in text

(16)   __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(17)   __     other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at <u>www.cod.uscourts.gov</u>. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 21, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge