IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02505-BNB

ARQUEZ D. ROBINSON,

      Plaintiff,

v.

[NO DEFENDANTS NAMED],

      Defendants.

_____

ORDER OF DISMISSAL

_____

      Plaintiff, Arquez D. Robinson, initiated this action by filing *pro se* a letter to the Court (ECF No. 1) complaining about the conditions of his confinement and seeking assistance with respect to the conditions of his confinement.  On September 21, 2012, Magistrate Judge Boyd N. Boland entered an order directing Mr. Robinson to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Boland ordered Mr. Robinson to file a Prisoner Complaint on the proper form and to either pay the $350.00 filing fee or file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement in support of the 28 U.S.C. § 1915 motion.  Mr. Robinson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

      Mr. Robinson has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 21 order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Robinson failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this ___30th___ day of ___October_____, 2012.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2